ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

May 21, 2024

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re: United States v. Cesari, et al,
> Including MIGUEL CINTRON
> 24 Cr. 154 (ER)

**MEMO ENDORSED**

The application to travel as stated in this letter is granted.
SO ORDERED.

_[signature]_
Edgardo Ramos, U.S.D.J.
Dated: 5/21/2024
New York, New York

Dear Judge Ramos:

    I am the attorney for Miguel Cintron, a defendant in the above-named matter. Mr. Cintron is on pretrial release with conditions that include travel restricted to the Southern and Eastern Districts of New York. This letter is respectfully submitted without objection from the government, by AUSA Joseph Rosenberg, and Pretrial Services Officer Evelyn Alvayero, to request a temporary bond modification that would permit Mr. Cintron to travel to Allentown, Pennsylvania from May 26 to May 27, 2024 to visit his mother for his birthday. If this application is granted, Mr. Cintron will be staying overnight at the home of his mother, whose name and address has been provided to Pretrial Services.

    If the Court has any questions regarding this application please do not hesitate to contact me.

Respectfully submitted,
/s/
Jeremy Schneider

cc: AUSA Joseph R. Rosenberg (by ECF)
     AUSA Adam Marguiles (by ECF)
     USPTO Evelyn Alvayero (by Email)