# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

**MEMO ENDORSED**

Tel: (212) 571-5500
Fax: (212) 571-5507

Rachel Perillo

June 19, 2024

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The application to travel as stated in this letter is granted. SO ORDERED.
>
> *[signature]*
> Edgardo Ramos, U.S.D.J.
> Dated: 6/20/24
> New York, New York

Re:   United States v. Cesari, et al,
      Including MIGUEL CINTRON
      24 Cr. 154 (ER)

Dear Judge Ramos:

    I am the attorney for Miguel Cintron, a defendant in the above-named matter. Mr. Cintron is on pretrial release with conditions that include travel restricted to the Southern and Eastern Districts of New York. This letter is respectfully submitted without objection from the government, by AUSA Joseph Rosenberg, and Pretrial Services Officer Evelyn Alvayero, to request a temporary bond modification that would permit Mr. Cintron to travel to San Juan, Puerto Rico for a vacation with his family from August 25 to August 30, 2024. If this application is granted, Mr. Cintron would be traveling with his wife, child and grandmother, and intends to book a hotel room at the Courtyard by Marriott Isla Verde Beach Resort. Mr. Cintron agrees to provide Pretrial Services with the hotel information and flight itinerary as soon as his travel arrangements are finalized.

    If the Court has any questions regarding this application please do not hesitate to contact me.

Respectfully submitted,
/s/
Jeremy Schneider

cc:   AUSA Joseph R. Rosenberg & AUSA Adam Margulies (by ECF)
      USPTO Evelyn Alvayero (by Email)