ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

———————

Rachel Perillo

**MEMO ENDORSED**

Tel: (212) 571-5500
Fax: (212) 571-5507

August 19, 2024

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The application to travel from August 23 to August 30, 2024, is granted.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: 8/22/2022
> New York, New York

     Re:    United States v. Cesari, et al,
              Including MIGUEL CINTRON
              24 Cr. 154 (ER)

Dear Judge Ramos:

    I am the attorney for Miguel Cintron, a defendant in the above-named matter. Mr. Cintron is on pretrial release with conditions that include travel restricted to the Southern and Eastern Districts of New York. The Court had previously approved Mr. Cintron's requested travel to Puerto Rico for a family vacation from August 25 to August 30, 2024 (ECF Dkt. 61). This letter is respectfully submitted to request a modification of the approved travel to permit Mr. Cintron to leave for his vacation on **August 23** (not the 25th) and return on August 30.  Due to a misunderstanding, counsel had previously conveyed the incorrect dates to the Court.

    Pretrial Services Officer Evelyn Alvayero has no objection to this request. The government, by AUSA Joseph Rosenberg, defers to Pretrial Services.

    If the Court has any questions regarding this application, please do not hesitate to contact me.

                          Respectfully submitted,
                            /s/
                          Jeremy Schneider

cc:    AUSA Joseph R. Rosenberg & AUSA Adam Margulies (by ECF)
       USPTO Evelyn Alvayero (by Email)