**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

---

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

**MEMO ENDORSED**

February 25, 2025

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:  United States v. Cesari, et al,
>      Including MIGUEL CINTRON
>      24 Cr. 154 (ER)

> The application for a temporary bond modification to permit work related travel is granted.
> SO ORDERED.
>
> /s/ Edgardo Ramos
> Edgardo Ramos, U.S.D.J.
> Dated: 2/26/2025
> New York, New York

Dear Judge Ramos:

    I am the attorney for Miguel Cintron, a defendant in the above-named matter. Mr. Cintron is on pretrial release with conditions that include travel restricted to the Southern and Eastern Districts of New York, as well as New Jersey and Connecticut for employment purposes. This letter is respectfully submitted without objection from Pretrial Services to request a temporary bond modification that would permit Mr. Cintron employment-related travel to Georgia from **February 27 to February 28, 2025**. As the Court is aware from our previous application, Mr. Cintron works as a truck driver, and he was recently assigned a delivery job requiring him to drive to Georgia on February 27. If the application is granted, Mr. Cintron intends to depart on the morning of February 27 and will return on the evening of February 28. He has discussed this with his Pretrial Officer, Evelyn Alvayero, who has no objection, and he will provide Pretrial with all necessary information relating to his travel. The government, by AUSA Joseph Rosenberg, defers to Pretrial Services. If the Court has any questions regarding this application, please do not hesitate to contact me.

Respectfully submitted,
/s/
Jeremy Schneider

cc:  AUSA Joseph R. Rosenberg & AUSA Adam Margulies (by ECF)
     USPTO Evelyn Alvayero (by Email)