**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
———
Rachel Perillo

**MEMO ENDORSED**

Tel: (212) 571-5500
Fax: (212) 571-5507

June 24, 2025

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

The application is  _X_  granted
                    ___ denied

_[signature]_
Edgardo Ramos, U.S.D.J
Dated: June 24, 2025
New York, New York

Re:   United States v. Cesari, et al,
      Including MIGUEL CINTRON
      24 Cr. 154 (ER)

Dear Judge Ramos:

    I am the attorney for Miguel Cintron, a defendant in the above-named matter. Mr. Cintron is on pretrial release with conditions that include travel restricted to the Southern and Eastern Districts of New York, as well as New Jersey and Connecticut for employment purposes. This letter is respectfully submitted without objection from Pretrial Services Officer Lanique Rhyne to request a temporary bond modification that would permit Mr. Cintron to travel to Allentown, Pennsylvania tomorrow, June 25, 2025 and returning on June 27. Mr. Cintron's father is having surgery and Mr. Cintron wishes to travel to Allentown in order to assist him with his recovery. If this application is granted, Mr. Cintron will be staying at his mother's home, at an address that has been provided to Pretrial Services. The government, by AUSA Joseph Rosenberg, defers to Pretrial Services.

    If the Court has any questions regarding this application, please do not hesitate to contact me.

Respectfully submitted,
/s/
Jeremy Schneider

cc:   AUSA Joseph R. Rosenberg & AUSA Adam Margulies (by ECF)
      USPTO Lanique Rhyne (by Email)